DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## TUGGLE v. HAINES

No. 14 PC.

Case below: 26 N.C. App. 365.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.

## WAFF BROS., INC. v. BANK

No. 129 PC.

Case below: 25 N.C. App. 517.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

## WILLIFORD v. WILLIFORD

No. 173 PC.

Case below: 26 N.C. App. 61.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.